222

455 A.2d 630

COMMONWEALTH of Pennsylvania, Appellee,

v.

**Norris LITTLE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 6, 1982.

Decided Jan. 31, 1983.

Edward A. Rudley, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael Clarke, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

Judgments of Sentence Affirmed.